**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 719 MAL 2014
:
                Petitioner     :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v.          :
:
:
:
JAMES ARTHUR BALL, III.,       :
:
             Respondent    :


## ORDER


**PER CURIAM**

    **AND NOW**, this 24th day of March, 2015, the Petition for Allowance of Appeal is

**GRANTED**.  The issues, as stated by petitioner, are:


(1)    Given the extensive impact the Superior Court's published opinion could have on the lower courts and prosecution offices in situations where a defendant initiates a statutory summary appeal from a Magisterial District Judge's *sua sponte* finding of guilt on an uncharged, lesser-included offense, should this Honorable Court grant review because the purpose for double jeopardy protections are not implicated, or implicated minimally, when the defendant appeals his conviction for a trial *de novo*?

(2)    Should this Honorable Court exercise its supervisory authority over the Superior Court's erroneous discharge of defendant and remand his case for sentencing on the lesser-included offense he appeals and necessarily was found guilty of committing?